| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 18 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

NATIONAL LABOR RELATIONS BOARD,

    Plaintiff-Appellant,

v.

STATE OF OREGON,

    Defendant-Appellee.

No.   21-35988

D.C. No. 6:20-cv-00203-MK
District of Oregon,
Eugene

ORDER

Pursuant to the stipulation of the parties (Docket Entry No. 10), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). As stated in the stipulation, each side shall bear its own costs and attorneys' fees.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Chris Goelz
Circuit Mediator